IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>KEVIN J. DALGLEISH,<br><br>Respondent. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-cv-434 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On July 27, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the "District Court order Respondent to provide the information required by the Summonses to the IRS by no later than 30 days after the District Court adopts this Report and Recommendation" (Dkt. No. 5.) No objection was filed to the Report and Recommendation. After reviewing the file *de novo*, the court hereby APPROVES and ADOPTS the Report and Recommendation. Accordingly, Respondent Kevin J. Dalgleish is hereby ORDERED to provide the information requested by the IRS Summonses by no later than 30 days after the date of this Order and to appear before an IRS officer at a date and time to be determined by the Petitioner.

SO ORDERED this 18th day of August, 2009.

BY THE COURT:

_____
Clark Waddoups
United States District Judge